IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| PHOEBE CURTIS, individually and as next friend of Benjamin Curtis | PLAINTIFF |
| v. No. 2:08CV00175 JLH | |
| COUNSELING CONSULTANTS, INC.; TRUSTMARK LIFE INSURANCE COMPANY; and RICHARD FALKNER | DEFENDANTS |
| COUNSELING CONSULTS, INC. | THIRD PARTY PLAINTIFF |
| v. | |
| TRUSTMARK LIFE INSURANCE COMPANY; RICHARD FALKNER; HUMANA INSURANCE COMPANY; and CERIDIAN CORPORATION | THIRD PARTY DEFENDANTS |

**ORDER**

Having been notified by counsel for the parties that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 19th day of March, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE