IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

| | | |
|---|---|---|
| PHOEBE CURTIS, Individually and as Next Friend of BENJAMIN CURTIS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 2:08-CV-0175-JLH |
| COUNSELING CONSULTANTS, INC. and TRUSTMARK LIFE INSURANCE COMPANY, | § § § § | |
| Defendants, | § § | |
| v. | § § | |
| RICHARD FALKNER, HUMANA INSURANCE CO., and CERIDIAN CORPORATION, | § § § § | |
| Third-Party Defendants. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties have announced to the Court that the matters in controversy herein have been settled.  In accordance with the Stipulation for Dismissal with Prejudice signed by counsel for the parties, it is

ORDERED that all claims, demands, debts, or causes of action asserted or assertable herein by Plaintiff Phoebe Curtis ("Curtis"), individually and as next friend of Benjamin Curtis (the "Child") against Defendants Counseling Consultants, Inc. ("CCI") and Trustmark Life Insurance Company ("Trustmark") (collectively with CCI, "Defendants") or against Third-Party Defendants Richard Falkner ("Falkner"), Humana Insurance Co. ("Humana"), and Ceridian

Corporation ("Ceridian") (collectively with Falkner and Humana, "Third-Party Defendants") are DISMISSED WITH PREJUDICE; it is further

ORDERED that all claims, demands, debts, or causes of action asserted or assertable herein by Defendants or Third-Party Defendants against Curtis are DISMISSED WITH PREJUDICE; it is further

ORDERED that all claims, demands, debts, or causes of action asserted or assertable herein by Defendants against Third-Party Defendants are DISMISSED WITH PREJUDICE; it is further

ORDERED that all claims, demands, debts, or causes of action asserted or assertable herein by Third-Party Defendants against Defendants are DISMISSED WITH PREJUDICE; it is further

ORDERED that the coverage of Curtis and the Child under Trustmark's group ID JM547 is CANCELLED and no longer of any force or effect; and it is further

ORDERED that all attorney's fees, mediation fees, and court costs are taxed against the party incurring them.

SO ORDERED.

SIGNED this 19th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

**AGREED:**

By: /s/ Luther Oneal Sutter
      Luther Oneal Sutter
      Ark. Bar No. 95031

HARRILL & SUTTER, PLLC
Attorneys at Law
P.O. Box 2012
Benton, Arkansas 72018
(501) 315-1910
(501) 315-1916

ATTORNEYS FOR PLAINTIFF


By: /s/ Leigh Anne Yeargan
      Leigh Anne Yeargan
      Bar No. 93106
      lyeargan@mwlaw.com
      Stuart P. Miller
      Bar No. 88137
      smiller@mwlaw.com

MITCHELL, WILLIAMS, SELIG, GATES
 & WOODYARD, P.L.L.C.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas 72201
(501) 688-8800

Lawrence W. Jackson
Bar No. 92194
Attorney at Law
66 Military Road
Marion, Arkansas 72364
(870) 739-1888
(870) 739-5561 (FAX)

ATTORNEYS FOR DEFENDANT
COUNSELING CONSULTANTS, INC.

By: /s/ Andrew C. Whitaker
      Andrew G. Jubinsky
      Texas Bar No. 11043000
      andy.jubinsky@figdav.com
      Andrew C. Whitaker
      Texas Bar No. 21273600
      andrew.whitaker@figdav.com

FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas  75202
(214) 939-2000
(214) 939-2090 (FAX)

ATTORNEYS FOR DEFENDANT
TRUSTMARK LIFE INSURANCE COMPANY


By: /s/ Joseph E. Kilpatrick, Jr.
      Joseph E. Kilpatrick, Jr.
      Bar No. 74091
      joe@kawlaw.net

KILPATRICK WILLIAMS SMITH & MEEKS, LLP
Arvest Bank Bldg
500 Broadway Place, Suite 404
Little Rock Arkansas 72201
(501) 372-0401
(501) 244-5363 (FAX)

ATTORNEYS FOR THIRD-PARTY DEFENDANT
HUMANA INSURANCE COMPANY

By: /s/ Jeffrey H. Moore

      Guy A. Wade
      Bar No. 88178
      Jeffrey H. Moore
      Bar No. 90109
      jmoore@fec.net

FRIDAY ELDREDGE & CLARK, LLP
400 West Capitol
Suite 2000
Little Rock, Arkansas 72201-3522
(501) 370-1518
(501) 244-5363 (FAX)

ATTORNEYS FOR THIRD-PARTY DEFENDANT
RICHARD FALKNER


By: /s/ Robert L. Henry, III

      Robert L. Henry, III
      Arkansas Bar No. 72054
      rhenry@barberlawfirm.com

BARBER MCCASKILL JONES & HALE, P.A.
2700 Regions Center
400 West Capital Avenue
Little Rock, Arkansas 72201-3414
(501) 372-6175

Charles F. Seemann, III (admitted *pro hac*)
PROSKAUER ROSE, LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130-6146
(504) 310-4091
(504) 310-2022 (FAX)

ATTORNEYS FOR THIRD-PARTY DEFENDANT
CERIDIAN CORPORATION